**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 114 EAL 2018
:
        Respondent  :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v.  :
:
:
DEION TINDALE,  :
:
        Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.